THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:12-cr-00106-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES EDWARD BUCHANAN. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 3].

For cause shown, the Court will grant the Government's motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 3] is **GRANTED**, and the Bill of Information [Doc. 1] in the above-captioned case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: November 6, 2012

Martin Reidinger
United States District Judge